IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------X

NELSON VALLE,                                :
                                             :
                    Plaintiff,               :        Case No.:
                                             :
v.                                           :
                                             :
MRS BPO, LLC.                                :
                                             :
                    Defendant.               :
                                             :

---------------------------------------------------X

## **NOTICE OF REMOVAL**

      PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §1446, Defendant MRS BPO, LLC. ("MRS") hereby removes to the United States District Court for the District of Connecticut, the state court action described below:

      1.     On December 23, 2011, this action entitled, *Nelson Valle v. MRS BPO, LLC.* was commenced in the Connecticut Superior Court, Small Claims Session (Case No. SCC-424828). The Complaint was handwritten and illegible. Accordingly, Defendant was unable to ascertain the basis of Plaintiff's claim. (A copy of the Complaint is attached as Exhibit A.)

      2.     Upon receiving Plaintiff's Complaint, Defendant filed a Motion to Transfer the Case to the Regular Docket. ( A copy of the Motion to Transfer is attached as Exhibit B.) Defendant's motion was unopposed and granted and the matter assigned Docket No. HHD-CV-12-5036016-S. (A copy of the Notice of Transfer of Small Claims Case to the Regular Civil Docket is attached as Exhibit C.)

      3.     Upon the case being transferred to the regular docket, Defendant filed a Request to Revise pursuant to Connecticut Practice Book Section 10-36, as Plaintiff's Complaint was handwritten and illegible. ( A copy of the Request to Revise is attached at Exhibit D.)

      4.     Plaintiff filed a response to Defendant's Request to Revise on February 27, 2012. Plaintiff's Response to Defendant's Request to Revise sets forth factual allegations and two

causes of actions, and could be characterized as an Amended Complaint. This pleading was the first time, Defendant was able to see the allegations, and the cause of action being asserted by Plaintiff. (A copy of Plaintiff's Response to Request for Revision is attached as Exhibit E.)

5.      Thereafter, Plaintiff filed an Amended Response to Request for Revision, on March 2, 2012. (A copy of Plaintiff's Amended Response to Request for Revision is attached as Exhibit F.)

6.      This action is a civil action of which this court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(b) in that it arises under the Telephone Consumer Protection Act 47 U.S.C. §227, *et. seq.*

7.      The Connecticut Superior Court, Judicial District of Hartford, is located within the jurisdiction of the United States Court for the District of Connecticut. This court is the court embracing the place where the action is pending.

8.      This Complaint is removable to the United States District Court for the District of Connecticut, from the Connecticut Superior Court, Judicial District of Hartford pursuant to 28 U.S.C. §1331 and §1441.

9.      The Complaint alleges that the action is brought under the Telephone Consumer Protection Act, 47 U.S.C. §227. As such, this court has Federal Question jurisdiction over this action pursuant to 28 U.S.C. §1331.

10.     This Notice of Removal is being filed within 30 days of the date upon which Defendant received a copy of the Plaintiff's Response to Request for Revision.

11.     Pursuant to 28 U.S.C. §1446(b), Notice of Removal "shall be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading." "If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may be first be ascertained that the case is one which is or has become removable."

12.     Plaintiff's original Complaint failed to adequately advise Defendant the cause of action being asserted. In fact, Plaintiff's original Complaint was totally illegible.

13.     Plaintiff's Response to Defendant's Request for Revision was the first pleading which adequately asserted Plaintiff's cause of action, and accordingly provided basis for

removal.

14.     Concurrently, Defendant has provided written notice of this Notice of Removal to Plaintiff, filing a copy with the Clerk of the Superior Court for the Judicial District of Hartford, for the State of Connecticut as required by 28 U.S.C. §1446(d), a copy of which is attached as Exhibit H.

WHEREFORE, Defendant removes to this court the above-entitled action, now pending in the Superior Court of Connecticut, Judicial District of Hartford, and request that this action be placed on the docket of this court for further proceedings as though this action had originally been instituted in this court.

Dated:   March /9 , 2012                          DEFENDANT
                                                                   MRS BPO, LLC.

                                                                   By: _____
                                                                         Jonathan D. Elliot (ct05762)

                                                                   ZELDES, NEEDLE & COOPER, P.C.
                                                                         1000 Lafayette Boulevard
                                                                         P.O. Box 1740
                                                                         Bridgeport, CT 06601-1740
                                                                         Tel:  (203) 333-9441
                                                                         Fax: (203) 333-1489
                                                                         Email: jelliot@znclaw.com

                                                                   Its Attorneys

Of Counsel:

Cindy D. Salvo, Esq.
The Salvo Law Firm, P.C.
165 Passaic Avenue, Suite 310
Fairfield, NJ 07004
Tel: 973-233-4080

## CERTIFICATION

I hereby certify that on March 20, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System;

and send via U.S. First Class Mail, postage prepaid, on this date, to:

Nelson Valle
66 Montowese Street
Hartford, CT 06114


_____/s/_____
Jonathan D. Elliot