# EXHIBIT A

**SMALL CLAIMS WRIT AND NOTICE OF SUIT**
JD-CV-40 Rev. 8-11
C.G.S. §§ 51-15, 51-345(g)

**CONNECTICUT SUPERIOR COURT**
SMALL CLAIMS SESSION

*Type or print legibly. This Writ and Notice of Suit must be served on (delivered to) the defendant(s) before filing it with the court. See instructions to Plaintiff on reverse.*

*For Court Use Only*
*Do Not Write In This Space*
*Barcode Label Only*

1.) Information that will determine where the trial will be

2.) Is this a claim between a landlord and a renter? ("X" one) ☐ Yes ☒ No

3.) If you answered "yes" to question #2 above, state the town where the rental premises is located:

**PLTF #1**
4.) Name, address and zip code of Plaintiff #1
Nelson Valle
66 Montenese St
Hartford, CT 06114

Telephone number (w/area code): 860 212-0794
("X" One) ☐ LLC ☐ Partnership ☒ Individual ☐ DBA ☐ Corporation

**PLTF #2**
Name, address and zip code of Plaintiff #2

Telephone number (w/area code)
("X" One) ☐ LLC ☐ Partnership ☐ Individual ☐ DBA ☐ Corporation

5.) Name, address and zip code of Attorney for Plaintiff(s)
Attorney's Juris number
Telephone number (w/area code)

**DEF #1**
6.) Name, address and zip code of Defendant #1
[redacted]
[redacted]
[redacted]

Telephone number (w/area code): 888 334-5697
("X" One) ☒ LLC ☒ Partnership ☐ Individual ☐ DBA ☐ Corporation

**DEF #2**
Name, address and zip code of Defendant #2

Telephone number (w/area code)
("X" One) ☐ LLC ☐ Partnership ☐ Individual ☐ DBA ☐ Corporation

For more than 2 defendants, attach *Continuation of Parties*, Form JD-CV-67, and "X" box. ☐

7.) If this claim is a consumer debt (a debt or obligation made primarily for personal, family or household reasons), give the reasons why you believe that the statute of limitations has not expired.
This violations incurred within 60 Days.

8.) How did you check in the last 6 months that the address given for defendant(s) is accurate? "X" all boxes that apply and provide the dates that the address was checked.

☐ 1) I checked town or city records (for example, checking a street list or tax records); ________ *(date checked)*

☐ 2) I checked with the Department of Motor Vehicles; ________ *(date checked)*

☐ 3) I received correspondence (letters or other mail) from the defendant with that return address; ________ *(date checked)*

☒ 4) I received other proof from the defendant that the address is current;
Secretary of State Webpage Listing *(description of proof and date checked)*

☐ 5) I mailed by first class mail, at least 4 weeks before this small claims action was filed, a letter to the defendant at the address used and the letter has not been returned to me by the United States Postal Service. ________ *(date checked)*

9.) Amount claimed: 2,500 **Plus costs**

10.) You are being sued. The Plaintiff(s) claims you owe the above amount for the following reasons:
On November 18 2011 [illegible] Through an Agent/Employee called my number at 305-791-8959 from phone number 856-530-4546 using an Automated Dialing System/Prerecorded voice with no prior permission, express permission with the natural consequence, to a reasonable person of being an annoyance in an attempt to collect an alleged but non-existing debt. Plaintiff seeks [illegible] damages pursuant to [illegible] / Creditors collection practices act [illegible]

The person signing below, being duly sworn, states that he or she has read the claim above and the information contained in this form and, to the best of his or her knowledge, information and belief, there is good ground to support the claim and the information is true.

11.) Signed: [signature]
Type in name of person signing at left and title, if applicable: Nelson Valle
For Court Use Only (Date/Stamp)

Subscribed and sworn to before me on *(Date)*: 12/21/11
Signed (~~Clerk, Notary,~~ Commissioner of Superior Court): [signature]

**A TRUE COPY ATTEST:** [signature]
KEVIN SULLIVAN
STATE MARSHALL, HARTFORD COUNTY

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA/.

Distribution: Original - Court | Copy 1 - Defendant | Copy 2 - Defendant | Copy 3 - Plaintiff

# INSTRUCTIONS TO DEFENDANT

*For additional information obtain a copy of "THE SMALL CLAIMS PROCESS" (form JD-CV-45P) from the Clerk's Office*

**WHAT DO I HAVE TO DO TO DEFEND THIS CASE?**
The first and most important step you must take is to file an answer on or BEFORE THE ANSWER DATE. The answer is your statement or reply to the claim stated on this notice. Your reply should be brief but specific. You do not need an attorney even if the plaintiff has one. However, you can have an attorney if you want to hire one. If you want the benefit of the regular rules or if you want the right to appeal this case, you must ask to transfer the case to the regular civil or housing docket. You may need an attorney to assist you and you will have to pay additional fees when you file the motion to transfer the case. The motion to transfer must be filed, in writing, with an affidavit and fees, ON OR BEFORE THE ANSWER DATE.

**WHAT SHOULD I DO IF THE PLAINTIFF OWES ME MONEY?**
Briefly state how much the plaintiff owes you and why. This portion of your answer is a counterclaim.

**WHAT HAPPENS IF I DO NOT FILE AN ANSWER?**
If you do not file an answer it means that 1) you do not disagree with the reasons why the plaintiff claims you owe the money AND 2) you do not disagree with the amount of money that the plaintiff claimed. Therefore, if you do not file an answer, the court may enter a judgment against you by default for the full amount of the claim plus court costs.

**WHAT IF I KNOW I OWE THE PLAINTIFF SOME MONEY?**
Even if you think you owe the plaintiff something, but you disagree with the amount claimed or you are not sure how much you owe the plaintiff, you should file a written answer. This gives you a chance to come to court for a hearing to question how the plaintiff arrived at the amount claimed.

**WHAT SHOULD I DO IF I ADMIT THAT I OWE THE PLAINTIFF THE ENTIRE AMOUNT CLAIMED?**

1. If you pay the plaintiff/plaintiff's attorney the total amount owed plus court costs, if any, before the answer date, notify the court, on the answer form, that payment has been made. Do not sent payments(s) to the court.

2. If you are sure that you owe the entire amount claimed but you want time to pay, you must file an answer NOT LATER THAN THE ANSWER DATE, stating that you wish time to the debt and your reasons for requesting additional time. You may also want to propose a payment schedule.

**WHERE AND WHEN DO I HAVE TO GO TO COURT?**
After the court receives your answer, it will determine if a hearing is required. YOU DO NOT HAVE TO GO TO COURT ON THE ANSWER DATE but you must make sure the Small Claims Clerk receives your written answer by that date. You will receive a notice of the date, time, and court location of the hearing, if required.

Even if you filed an answer or a request for time to pay, the court can enter a judgment against you if you fail to come to court on the date and time set for a hearing.

**WHAT WILL HAPPEN ON THE DAY I HAVE TO GO TO COURT?**

1. On the day you are scheduled to be in court, you should get there before the scheduled time.
2. Each case will be called to make sure all the parties are there.
3. The plaintiff's case will be presented first. When the plaintiff has finished you will be given an opportunity to ask questions about the testimony or evidence and then you will be asked to present your side of the case. When you are finished, the plaintiff will have an opportunity to ask questions of you and your witnesses.
4. On the day of the hearing, it is essential that you bring all your witnesses and papers, (bills, invoices, checks, etc.) to court with you. This includes any defective or damaged goods that can conveniently be brought to court, estimates of damages, pictures, etc.
5. You should notify your witnesses as soon as you know the hearing date. You may go to the clerk's office to request a subpoena for the witnesses to come to court. There is no fee for the subpoena, but you will have to pay the fee for having it served by a proper officer. This subpoena must be served at least 18 hours before the hearing date unless the court orders otherwise.
6. It might be helpful to make a brief outline of your case for your own use. Although the small claims procedures are designed to be informal, a clear presentation of your position is most important. Although it varies a great deal, you should assume you will be in court a minimum of one to four hours.
7. You will receive a written notice of the court's decision.

**WHAT IF I NEED TO POSTPONE THE CASE?**
If it is impossible for you to come to court on the day assigned, you should first call the plaintiff or the attorney, if the plaintiff has one, and explain the problem. If the person you called is willing to postpone the case, you should then call the small claims clerk and ask for a continuance and tell the clerk that the plaintiff or the plaintiff's attorney has agreed. Ask the plaintiff or attorney to call the court to confirm the agreement. The clerk will set a new hearing date and send a notice to all parties.

If the plaintiff objects to a continuance, you should still call the clerk, explain your reasons for the request and tell the clerk that the plaintiff does not agree.

Each party will be allowed one continuance if by agreement. Any other requests for a continuance will be referred to the court.

**WHAT HAPPENS IF I LOSE THE CASE?**
If you lose this case, the court will send you a notice of judgment stating the amount you owe and when it is due. The court may order you to pay the entire amount at one time or to make periodic payments until the entire amount is paid.

**WHAT HAPPENS IF I DON'T PAY THE JUDGMENT?**
If you fail to make the payment or payments as required, the plaintiff will be entitled to obtain an execution on your wages, bank account or your property. An execution gives a proper officer the authority to attempt to recover the money from your wages, bank account or other property. The plaintiff is also entitled to postjudgment interest and other statutory fees. After the proper officer serves an execution, you will be advised about possible exemption or modification claims that may be available to you.

**INSTRUCTIONS TO DEFENDANT**
**(NOTICE TO PERSON BEING SUED)**
JD-CV-121 New 1-11

Please read the instructions carefully.

*For more information, get a copy of HOW SMALL CLAIMS COURT WORKS (form JDP-CV-45) from the Clerk's Office or from our website at www.jud.ct.gov/faq/smallclaims.html.*

## What Do I Have To Do To Defend This Case?

The person suing you (the Plaintiff) delivered to you (served you with) a copy of the Small Claims Writ and Notice of Suit and related documents, if any. After serving you, the plaintiff will file the Small Claims Writ and Notice of Suit and related documents with the court. The court will send an Answer form to you with the number the court assigns to the case, called the "docket number" of the case, and the date you must file your Answer by. This should happen soon but could be up to 6 weeks depending on when the plaintiff files the case with the court.

The Answer is your response or reply to the claim by the plaintiff. Your Answer should be brief but specific. Fill out the entire Answer form and sign it. Keep a copy for yourself and send a copy to each attorney or other representative of the plaintiff, or if the plaintiff is representing himself or herself, to the plaintiff. Send the original Answer form to the court by mail, fax or hand delivery at the address or fax number shown below on or before the answer date. Please be sure to give us any change of your address.

Do not answer until you get the Answer form from the court but if you do not get an Answer form within 6 weeks of being served, contact the court to ask why. If you do not file an Answer in writing with the court, a money judgment could enter against you. This is called a default judgment.

You may make an agreement with the plaintiff before the plaintiff files the lawsuit in court or at any time before the court enters a judgment. You may hire a lawyer to represent you if you want to.

You can find helpful information on our website at: http://www.jud.ct.gov/faq/smallclaims.html and you may check the status of your case after it has been given a docket number at: http://www.jud2.ct.gov/Small_Claims/.

If you have any questions, you can visit or call the Centralized Small Claims Office at 80 Washington Street, Hartford, CT 06106. The telephone number in the Hartford area is 860-756-7800. The toll free telephone number in Connecticut is 866-383-5927. The fax number is (860) 756-7805.

You do not need an attorney even if the plaintiff has one. However, you can have an attorney if you want to hire one.

If you want to use the regular rules of court in this case or if you want the right to appeal this case, you must file a motion to transfer the case to the regular civil or housing docket of the superior court. You may need an attorney to help you in filing that motion and you will have to pay fees to file it. The motion to transfer **must** be filed, in writing, with an affidavit and with the correct fees, **on or before the answer date.**

## What Happens If I Do Not File An Answer?

If you do not file an Answer, the file will be reviewed by a magistrate who will decide whether a judgment can enter without a hearing for the full amount of the claim plus court costs, or whether the case needs to be set down for a trial.

## What Happens If I File An Answer?

**Do not go to court on the answer date.** After the court receives your Answer, a trial will be scheduled if one is required. Cases are scheduled for trial as quickly as possible.

## What Should I Do If The Plaintiff Owes Me Money?

If you claim the plaintiff owes you money, this is called a counterclaim. Explain how much the plaintiff owes you and why in the counterclaim section of the Answer form.

### What If I Know I Owe The Plaintiff Some Money?

If you think you owe the plaintiff something, but you do not agree with the amount the plaintiff is asking for or you are not sure how much you owe the plaintiff, you should file a written Answer. This gives you a chance to come to court for a trial to question how the plaintiff added up the amount claimed.

### What Should I Do If I Admit That I Owe The Plaintiff The Whole Amount?

If you are sure that you owe the whole amount but you want time to pay, you must file an Answer **not later than the Answer date**, stating that you want time to pay the claim and why you are asking for the extra time to pay. You may ask for a period of time during which you can make payments that you suggest. If you do not, and you are an individual, the court will enter a judgment with an order of payments of $35.00 each week until the judgment is paid. If you ask to pay less than $35.00 per week and the plaintiff does not agree, a trial will be scheduled.

A judgment against a business entity, for example, a corporation, or a judgment against a landlord for return of a security deposit, will be ordered paid in the full amount. This will be entered as a judgment of the court.

If you pay the plaintiff/plaintiff's attorney the full amount owed **plus costs**, if any, before the answer date, tell the court on the Answer form. Do not send payment(s) to the court.

### Where And When Do I Have To Go To Court?

If a trial is required, you will be sent a notice of the date, time and place of the trial. Even if you filed an Answer or a request for time to pay, the court can enter a judgment against you if you do not come to court on the date and time set for the trial.

### What Do I Need To Bring To Court?

On the day of the trial, you must bring all your witnesses and evidence (bills, invoices, checks) to court with you. This includes any defective or damaged goods that can be brought to court safely and easily, estimates of damages, pictures, and anything else that you want the court to look at. Be complete and organized in your case. **A small claims judgment cannot be appealed.**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA/.

## Instructions to Plaintiff

*The "Small Claims Court" is a part of Connecticut's court system where a person can sue for* ***money damages only*** *up to $5,000.00. That amount is set by state law and may change from time to time. You may also be able to get interest and costs. The only time that a person can sue for more than the $5,000.00 limit is in a lawsuit to have a landlord return a security deposit in a landlord-tenant matter. In that kind of case* ***only****, a person can sue for double the amount of the security deposit, plus interest that has been added to the amount, even if the doubled amount brings the claim over the $5,000.00 limit. The small claims court does not hear libel and slander cases.*

*The instructions below are numbered. The numbers are the same as the numbered sections of the SMALL CLAIMS WRIT AND NOTICE OF SUIT (form JD-CV-40). These instructions are to help you correctly fill out each section of the Small Claims Writ and Notice of Suit. For more information, get a copy of HOW SMALL CLAIMS COURT WORKS (form JDP-CV-45) from the Clerk's Office or from our website at* www.jud.ct.gov/faq/smallclaims.html.

**Note**: Unless you are hiring a state marshal to deliver (serve) the Small Claims Writ and Notice of Suit for you, you must deliver a **copy** of the completed original Small Claims Writ and Notice of Suit to each defendant with the "Instructions to Defendant" form JD-CV-121, **before** filing those documents with the court. See "How to Serve (Deliver to Defendant) a Small Claim Writ and Notice of Suit" form JD-CV-122 for instructions. You must deliver a copy of all the documents you want to file with the court, for example, all attachments to the original writ must be delivered. After all of those documents have been delivered, file the **original** documents with the court, with the appropriate entry fee and "Statement of Service", form JD-CV-123, for each defendant. **Keep a copy** for your records.

1. **Information That Will Determine Where The Trial Will Be**
   **The information you give will determine where the trial will be if the information complies with the statutes. If this portion of the form is not filled out, the location of the trial will be determined as described below.**

   If you are an Individual Plaintiff, choose one of the following and enter the town where (a) the plaintiff lives, (b) the defendant lives or the defendant's business is located or (c) the transaction or injury occurred. **If you do not give any information, the town where you live will determine the place of the trial.**

   If you are a Business Entity, including a domestic corporation, United States corporation or a limited liability company; choose one of the following and enter the town where (a) the defendant lives, (b) the defendant is doing business or (c) the transaction or injury occurred. **If you do not give any information, the town where the defendant lives will determine the place of the trial.**

   An out-of-state individual defendant must own real or personal property in Connecticut to be sued in small claims court. That must be stated in the writ.

   In matters involving a landlord and a renter (tenant), enter the town in which the rental property is located. The location of the rental property will determine where the trial will be held. (Note: If, however, the defendant now resides out-of-state, the small claims rules may not apply.)

   For more information, see the Connecticut General Statutes or the Connecticut Practice Book.

2. **Claim Between Landlord And Renter (Tenant)**
   If the claim is between a landlord and a renter (tenant), "X" the box for yes. If not, "X" the box for no.

3. **Rental Property Location**
   Write the name of the town where the rental property is located.

4. **Plaintiff(s)**
   The plaintiff is the person filing the claim (suing the other party). If there is more than 1 person, use 1 box for each plaintiff. For more than 2 plaintiffs, use the *Continuation of Parties* form, JD-CV-67. Enter the complete and correct legal name, address, and telephone number of each plaintiff. For each plaintiff, "X" the box for the type of plaintiff filing.

5. **Attorney Information**
   To be filled out by attorney only if representing the plaintiff.

6. **Defendant(s)**
   The defendant is the person you are suing. If you are suing more than 1 person, use 1 box for each defendant. For more than 2 defendants, use the *Continuation of Parties* form, JD-CV-67. Enter the complete and correct legal name, address, and telephone number of each defendant. For each defendant, "X" the box for the type of defendant being sued. **Special Note**: The name of the person or business you are suing must be exact. If you make a mistake and list the wrong name, or leave out any part of any name, you may not get your money.

7. **Statute Of Limitations**
   A statute of limitations is a time limit on how long you have to start a case. This time limit is different for each type of case. Most statutes of limitations can be found in Chapter 926 of the Connecticut General Statutes. You must give the reasons why you believe that the statute of limitations time period has not run out if the claim is a consumer debt which is a debt or obligation made primarily for personal, family or household reasons. See Section 52-350a(2) of the Connecticut General Statutes.

8. **Address Verification**
   Check all boxes that apply showing how you know the address you give for each the defendant is accurate and provide the date you checked the addresses.

9. **Amount Claimed**
   Enter the amount of money you are claiming. The amount may not be more than the statutory limit for small claims matters, unless the amount over the limit is for interest or costs, or is for the doubling of a security deposit in a landlord-tenant matter. Do not include the filing fee.

10. **Reason For Claim**
    Give a clear, brief description of the nature of the case. You may attach pages if you need to. The claim must be for money damages only. Interest charges and costs that bring the amount over the limit should be listed separately here.

11. **Signature And Oath**
    Your signature **must** be notarized. You must sign the claim in front of the person who is notarizing it. You must also print your name clearly and your title, if you have a title, in the box provided. Your oath must be taken at the time you sign the claim and the person who took your oath (the Clerk, a Notary, or a Commissioner of the Superior Court) must also sign. Attorneys are Commissioners of the Superior Court.

12. **Keep A Copy Of All Documents For Your Records.**



NATIONAL
CORPORATE
RESEARCH, LTD.
The Right Response at the Right Time, Every Time.

615 South DuPont Highway, Dover, Delaware 19901

Confirmation of Receipt of SOP

**National Corporate Research, Ltd.**
**Statutory Representation Department**
**615 South DuPont Highway**
**Dover, DE 19901**

Insert airbill here

FedEx®

For FedEx Express® Shipr

Contents should be compatib... ...ntainer and packed securely. For ...plicable

RT 652 1 C

FZ

3868
12.27

RT 652

FZ

Page 1 of 2

From: (302) 734-1450
Origin ID: DOVA
Dana Lewis
National Corporate Research, Ltd
915 South Dupont Highway
Dover, DE 19901

FedEx Express

E

SHIP TO: (314) 443-9122
BILL SENDER
Trish Campbell
MRS BPO. LLC
1930 OLNEY AVE

CHERRY HILL, NJ 08003

Ship Date: 22DEC11
ActWgt: 0.5 LB
CAD: 12782784/NET3210

Delivery Address Bar Code

Ref # stat rep
Invoice #
PO #
Dept #

FRI - 23 DEC A1
PRIORITY OVERNIGHT

TRK# 7930 4864 3868
0201

17 WWDA

08003
NJ-US
PHL

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer
2. Fold the printed page along the horizontal line
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.