# EXHIBIT B

 COPY

STATE OF CONNECTICUT

| | |
|---|---|
| DOCKET NO. SCC-424828 | : SUPERIOR COURT |
| NELSON VALLE, | : SMALL CLAIMS |
| Plaintiff, | : |
| v. | : January 17, 2012 |
| MRS BPO, LLC, | : |
| Defendant. | : |

## MOTION TO TRANSFER TO THE REGULAR DOCKET

The Defendant in the above-entitled matter, pursuant to Section 24-21 of the Practice Book, moves that this action be transferred to the regular docket of the Superior Court, and in support of this motion, files the attached affidavit and any appropriate fees.

DEFENDANT
MRS BPO, LLC

By: _____
Jonathan Elliot

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: jelliot@znclaw.com

Its Attorneys

2012 JAN 17 P 4: 26

SMALL CLAIMS
80 WASHINGTON STREET
HARTFORD, CT 06106

STATE OF CONNECTICUT

| | |
|---|---|
| DOCKET NO. SCC-424828<br>NELSON VALLE,<br><br>           Plaintiff,<br><br>v.<br><br><br>MRS BPO, LLC.<br><br>           Defendant. | SUPERIOR COURT<br><br>SMALL CLAIMS<br><br><br>January 17, 2012 |

## AFFIDAVIT IN SUPPORT OF
## MOTION TO TRANSFER TO THE REGULAR DOCKET

STATE OF CONNECTICUT     :

COUNTY OF FAIRFIELD     :

JONATHAN D. ELLIOT, being duly sworn, deposes and says:

1. I am attorney licensed to practice law by the State of Connecticut and practice with the law firm of Zeldes, Needle & Cooper, P.C., 1000 Lafayette Blvd., Bridgeport, CT 06604.

2. I am the attorney for the Defendant, MRS BPO, LLC in connection with the matter of <u>Nelson Valle v. MRS BPO, LLC</u>, Docket No. SCC-424828.

2012 JAN 17 P 4: 26

SMALL CLAIMS
80 WASHINGTON STREET
HARTFORD, CT 06106

3. Plaintiff filed this action asserting a cause of action pursuant to the Connecticut Collection Practices Act, alleging Defendant, MRS BPO, LLC. excessively called Plaintiff's telephone number in connection with the attempted collection of a debt, notwithstanding Plaintiff's purported request to have his telephone number removed from the system.

4. A good defense exists to the Plaintiff's claim. Defendant's records do not show excessive telephone calls to this Plaintiff. Moreover, Defendant did not fail to remove Plaintiff's telephone number from its system when Plaintiff requested that they do so.

5. I make this statement in support of MRS BPO, LLC's Motion to Transfer to the Regular Docket.

_____
Jonathan D. Elliot

Sworn to and subscribed before me, on this
17th day of January 2012.

_____
Notary Public
My Commission Expires: _____

ROSALIE A. FINLEY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES OCT. 31, 2016

## ORDER

The above motion having been presented to the court, IT IS HEREBY

ORDERED: GRANTED / DENIED

Date: _____     BY THE COURT

                                                       _____, J.

3

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. Certified Mail, Return Receipt Requested, and via U.S. First Class Mail, postage prepaid, on this date, to:

        Nelson Valle
        66 Montowese St.
        Hartford, CT 06114

Dated at Bridgeport, Connecticut on this 17th day of January 2012.

        _____
        Jonathan D. Elliot

3