# EXHIBIT D

DOCKET NO. HHD-CV-12-5036016-S :

NELSON VALLE, : SUPERIOR COURT

         Plaintiff, :

V. : JUDICIAL DISTRICT OF
: HARTFORD
: AT HARTFORD
MRS BPO, LLC, :
: February 10, 2012
         Defendant. :

## REQUEST TO REVISE

Pursuant to *Practice Book* Section 10-36, the Defendant, MRS BPO, LLC. hereby requests that the Plaintiff's Complaint dated, December 21, 2011 be revised as follows:

    1.    A. *Portion of Complaint to be revised:* The statement of facts contained in Plaintiff's Complaint.

        B. *Requested Revision:* Set forth separately numbered paragraphs describing the facts to which Plaintiff's cause of actions arise.

        C. *Reason for Request:* The Plaintiff's Complaint consists of one paragraph which is illegible. The portions which are legible combine the factual allegations and the cause of actions asserted. The Defendant, MRS BPO, LLC. requires this information so they can articulate an answer to Plaintiff's pleading. See Sections 10-1, 10-26 and 10-35(1) and (4) of the Rules of the Superior Court.

2. A. *Portion of Complaint to be revised*: The cause of actions asserted in Plaintiff's Complaint.

B. *Requested Revision*: Set forth separately numbered paragraphs describing the cause of actions being asserted, including the specific statutes Plaintiff contends the Defendant has violated.

C. *Reason for Request*: The Plaintiff's Complaint consists of one paragraph which is illegible. The portions which are legible indicate two cause of actions, for violations of the Consumer Collection Practices Act and the Telephone Consumer Practice Act, but Plaintiff fails to cite any specific statute that Defendant has allegedly violated. See Sections 10-3, 10-26 and 10-35(3) of the Rules of the Superior Court. The Defendant, MRS BPO, LLC. requires this information so they can articulate an answer to Plaintiff's pleading.

DEFENDANT
MRS BPO, LLC

By: _____/s/_____
    Jonathan Elliot

    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Blvd., Suite 500
    Bridgeport, CT 06604
    Tel: (203) 333-9441
    Fax: (203) 333-1489
    Email: jelliot@znclaw.com

Its Attorneys

## ORDER

The above request having been presented to the court, IT IS HEREBY ORDERED: GRANTED/DENIED

BY THE COURT

_____
(Judge/Magistrate)

3

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>Nelson Valle
>66 Montowese St.
>Hartford, CT 06114

Dated at Bridgeport, Connecticut on this 10th day of February 2012.

/s/
Jonathan D. Elliot

 

# State of Connecticut
# Judicial Branch

Instructions: Additional information about this transaction is provided below. Use the browser's print function to print a copy of this Confirmation. Then, select the "Back to E-Filing Menu" or "Logout".

[Print]   [Back to E-Filing Menu]   [Logout]

## Confirmation of E-Filing

| | |
|---|---|
| Docket Number: | HHD-CV-12-5036016-S |
| Case Name: | VALLE,NELSON v. MRS BPO, LLC |
| Type of Transaction: | Pleading/Motion/Other |
| Date Filed: | Feb-10-2012 |
| Motion/Pleading by: | ZELDES NEEDLE & COOPER Juris# 069695 |
| Document Filed: | REQUEST TO REVISE |
| Date and Time of Transaction: | Friday, February 10, 2012 12:51:00 PM |

[E-File Another Pleading/Motion/Other on this Case]