# EXHIBIT E

DOCKET NO: HHD-CV-12-5036016-S

NELSON VALLE,
       Plaintiff,

v.

MRS BPO, LLC,
       Defendant.

SUPERIOR COURT

JUDICIAL DISTRICT OF HARTFORD
AT HARTFORD

## PLAINTIFF'S AMENDED RESPONSE TO REQUEST FOR REVISION

### FACTUAL ALLEGATIONS

1. In the early weeks of October 2011, Plaintiff began receiving phone calls from Defendant.

2. Plaintiff did not answer many subsequent phone calls initiated by Defendant.

3. Plaintiff answered calls listed on dates herein. (Lines 19 & 20)

4. Plaintiff's phone number during all relevant times is 305-791-8959.

5. Defendant initiated communications from number(s) 856-530-4546 or 856-530-4547.

6. Plaintiff is not the party to whom Defendant's communications were addressed.

7. Defendant withheld relevant information regarding purpose of calling.

8. Defendant withheld relevant information regarding identity of caller(s).

9. Upon information and belief the nature of the calls were to collect an alleged debt.

10. Plaintiff, seeking assistance and clarification from Defendant, was denied the ability to speak with a manager or persons in charge regarding communications.

11. Plaintiff's phone number is registered in the federal do-not-call list prior to incidents in question.

PLAINTIFF AMMENDED RESPONSE TO REQUEST FOR REVISION
- 1

Nelson Valle
66 Montowese St.
Hartford, CT 06114
+860.212.0794 phone

12. Defendant's phone calls are a nuisance, harassing, distractive and intrusive.

13. Plaintiff has never had an established business relationship with defendant.

14. Plaintiff has never given Defendant prior invitation or permission to call him.

15. Plaintiff has never given Defendant an expressed invitation or permission to call him.

16. Defendant's calls were not, to a reasonable person, an emergency.

17. Plaintiff attempted to remove his phone number from defendants system with an employee/agent prior to and during incidents in question.

18. Plaintiff attempted to remove his phone number through an automated opt out system (no human interface or contact) prior to and during incidents in question.

19. Defendant initiates phone call to Plaintiff using an automated telephone dialing system or artificial or prerecorded voice on November 18, 2011 at around 8:27PM EST.

20. Defendant initiates phone call to Plaintiff using an automated telephone dialing system or artificial or prerecorded voice on November 17, 2011, at or around 5:20 PM EST.

21. Plaintiff sent a letter via US Priority Mail, on or around November 27th 2011, to Defendant in a good faith attempt to address this pending matter privately prior to filing complaint.

22. Defendant never responded to Plaintiff's good faith letter.

## COUNT I
## VIOLATIONS OF THE TELEPHONE COMMUNICATIONS ACT 47 U.S.C. §227 BY DEFENDANT

23. Plaintiff alleges and incorporates the information in paragraphs 1 through 22.

24. Defendant has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(B).

PLAINTIFF AMMENDED RESPONSE TO REQUEST FOR REVISION
- 2

Nelson Valle
66 Montowese St.
Hartford, CT 06114
+860.212.0794 phone

25. Defendant's actions were intentional by knowingly disregarding Plaintiff's express requests to discontinue calling him.

26. Plaintiff is entitled to treble damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(C).

**WHEREFORE**, Plaintiff demands judgment for damages against "MRS BRO", for actual or statutory damages, and punitive damages and costs incurred in litigation together with such further relief as the Court may deem reasonable and just under the circumstances.

## COUNT II
## VIOLATION OF CREDITOR'S COLLECTION PRACTICES ACT CONN. GEN. STAT. SEC. 36A-647-5 (5) BY DEFENDANT

27. Plaintiff alleges and incorporates the information in paragraphs 1 through 22.

28. Defendant caused Plaintiff's phone to ring using an automated telephone dialing system or artificial prerecorded voices in attempt to engage Plaintiff in a telephone conversation with the natural consequence, to a reasonable person, of being of annoyance, abuse or harassment.

29. Defendant's communications are prohibited by Conn. Gen Stat. Sec. 36a-647 5 (5).

**WHEREFORE**, Plaintiff demands judgment for damages against "MRS BRO" for actual or statutory damages, and punitive damages and costs, pursuant to the Creditor's Collections Practices Act (CCPA) Conn. Gen Stat. Sec. 36a-647(2) together with such further relief as the Court may deem reasonable and just under the circumstances.

PLAINTIFF AMMENDED RESPONSE TO REQUEST FOR REVISION - 3

Nelson Valle
66 Montowese St.
Hartford, CT 06114
+860.212.0794 phone

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was provided by Certified US Mail to Jonathan Elliot of Zeldes, Needle & Cooper, P.C. 1000 Lafayette Blvd., Suite 500 Bridgeport, CT 06604 this 27 day of March 2nd 2012.

_____
Nelson Valle

PLAINTIFF AMMENDED RESPONSE TO REQUEST FOR REVISION
- 4

Nelson Valle
66 Montowese St.
Hartford, CT 06114
+860.212.0794 phone

## Acknowledgment

State of Connecticut  )
                      ) ss
County of Hartford    )

On _____, before me, _____, notary public in and for Hartford County, State of Connecticut, personally appeared Nelson Valle, who proved to me on the basis of satisfactory evidence to be the party whose name is subscribed to the within instrument and acknowledges to me that Nelson Valle, set forth the contents hereof in authorized capacity, and that by signing the instrument Nelson Valle, hereby executes the instrument.

1. I am the Plaintiff in this civil proceeding.
2. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
3. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass the Defendant, cause unnecessary delay to the Defendant, or create a needless increase in the cost of litigation to the Defendant, named in the Complaint.
4. I have filed this Complaint in good faith and solely for the purposes set forth in it.
5. Each and every attachment I have provided to this Complaint is a true and correct copy of the original.
6. Except where clearly indicated, I have not altered, changed, modified or fabricated these attachments, except that some of the attached exhibits may contain some of my own handwritten notations.

I certify under penalty of perjury under 28 U.S.C. § 1746(2) and the laws of the State of Connecticut that the foregoing paragraph is true and correct.

_____

Witness my hand and official seal:          NOTARY PUBLIC SEAL

_____

NOTARY PUBLIC SIGNATURE

My commission expires _____

PLAINTIFF RESPONSE TO REQUEST FOR REVISION
- 5

Nelson Valle
66 Montowese St.
Hartford, CT 06114
+860.212.0794 phone

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CONNECTICUT

    Plaintiff, Nelson Valle, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
3. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass the Defendant, cause unnecessary delay to the Defendant, or create a needless increase in the cost of litigation to the Defendant, named in the Complaint.
4. I have filed this Complaint in good faith and solely for the purposes set forth in it.
5. Each and every exhibit I have provided to this Complaint is a true and correct copy of the original.
6. Except where clearly indicated, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, Nelson Valle, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

    _____

    **Date:** _____

PLAINTIFF RESPONSE TO REQUEST FOR REVISION - 6

Nelson Valle
66 Montowese St.
Hartford, CT 06114
+860.212.0794 phone

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF RESPONSE TO REQUEST FOR REVISION - 7

Nelson Valle
66 Montowese St.
Hartford, CT 06114
+860.212.0794 phone

[PLAINTIFF – ATTACHMENT A]

**[PLAINTIFF'S - ATTACHMENT B]**

MRS BPO, LLC.
1930 Olney Avenue
Cherry Hill, NJ 08003

## *NOTICE OF PENDING LAWSUIT*

This notice is being sent prior to filing suit so as to extend an opportunity to amicably cure violations of the *Telephone Communications Act 47 U.S.C. §227* and the *Fair Debt Collection Practices Act § 15 U.S.C. 1692 d(5)*. I have repeated received calls at 305-791-8959 (Federal Do Not Call) using automated dialers totaling 11 times since October. These communications seem to be regarding an alleged debt of which I am NOT the party. After multiple attempts (automated and live agent) to have this number removed from your system, I have been unsuccessful. I further attempted to have this matter rectified with a manager or person in charge at the center but was denied such attempt by an agent/employee in a pejorative and dismissive tone. Enclosed is a copy of the complaint that will be filed.

      This is a good faith communication. I am willing to settle this matter amicably without having to file any suits and am giving you ten days from receipt of this letter to take the opportunity to do so. If you choose not to, then I will have no choice but to seek my remedy in a court of law. I have included my complaint to be filed in Federal Court for your legal teams immediate review. Note, that this complaint reflects my position prior to amendments that will be made upon receiving my complete phone records; as there has been several other calls that I will verify, document and add to my complaint. I will also be amending my complaint to reflect applicable state laws, as I will seek all remedies prescribed under the law. It is my hope that you receive this communication and attend to it with immediacy.

I can be reached directly at 860-212-0794 (cell). This cell number is not to be called, shared, or used for any purpose other than to address the matter at hand. If it is your position that my claims are frivolous and/or without merit then this communication has been in vein. We will simply leave it for a judge and jury to decide, in which case, I will see you in court.

Respectfully,
*Nelson Valle*

_____

11-27-11