UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NELSON VALLE, | : |
| Plaintiff, | : No. 3:12-cv-00421-WWE |
| v. | : |
| MRS BPO, LLC. | : |
| Defendant. | : August 17, 2012 |

## STIPULATION OF DISMISSAL

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

| THE PLAINTIFF, | THE DEFENDANT, |
|---|---|
| NELSON VALLE | M.R.S. BPO, LLC |
| By _____/s/_____ | By: _____/s/_____ |
| Nelson Valle | Jonathan D. Elliot |
| 66 Montowese St. | Zeldes, Needle & Cooper, P.C. |
| Hartford, CT 06114 | 1000 Lafayette Boulevard |
| Tel: 860-212-0794 | Bridgeport, CT  06604 |
| | Tel: 203-333-9441 |
| | Fax: 203-333-1489 |
| | E-Mail:  jelliot@znclaw.com |
| | |
| | Its Attorneys |